Bernice Paul, V. I. Ohrenstein and Sophie Gapshis, Appellees, v. Joseph D. Stewart, Appellant.

Gen. No. 42,901.

opinion filed June 30, 1944.  Olis, Vasalle & Lapinskas, of Chicago, for appellant.  V. I. Ohrenstein, of Chicago, for appellees; Irene M. Lefkow, of Chicago, of counsel.  Opinion by JUSTICE LUPE. Not to be published in full.